

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Gerardo Sanchez,                               \* From the 132nd District Court
of Scurry County,
Trial Court No. 25025.

Vs. No. 11-19-00013-CV                \* January 14, 2021

City of Snyder, Texas,                    \* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Gerardo Sanchez.